Charles P. Maher, State Bar No. 124748
RINCON LAW, LLP
200 California Street, Suite 400
San Francisco, CA 94111
Telephone No.: 415-840-4199
Facsimile No.: 415-680-1712
Email: cmaher@rinconlawllp.com

Counsel for Andrea A. Wirum,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 17-30327 DM<br>Chapter 7 |
| PROFIT RECOVERY CENTER, LLC, | Hon. Dennis Montali |
| Debtor. | [No hearing required unless requested] |

**MOTION FOR ORDER AUTHORIZING TRANSACTION**

Andrea A. Wirum, Chapter 7 Trustee of the estate of the above Debtor, files this motion for an order authorizing her to consent to a transaction between Pantoll Partners, LLC, an entity in which the estate holds a 50 percent interest, and Claimco Holdings, LLC ("Claimco"), by which Pantoll Partners, LLC, will sell to Claimco certain intangible assets referred to as Pantoll's "intellectual property." In exchange, Pantoll Partners will be entitled to receive a share of certain profits generated by Claimco Pantoll's share is equal to 25 percent of the profits up to a maximum of $10 million. The Pantoll-Claimco transaction is described more fully below.

The other 50 percent member of Pantoll is John Chilcott with whom the Debtor's manager conducted a significant amount of business over the past decade. Mr. Chilcott is also the manager of Pantoll and strongly favors the transaction. After her investigation, the Trustee agrees that the transaction is in the best interest of Pantoll and derivatively in the best interest of the bankruptcy estate. Subject to Bankruptcy Court approval, the Trustee has consented to the Pantoll-Claimco transaction.

1

Pantoll was formed in 2010 for the purpose of funding purchase of the claims of entities who were members of a certified class in the class action case called In re: Payment Card Interchange Fee & Merchant Discount Anti-Trust Litigation (Case No. 1:05-MD-01720, U.S. District Court, E.D.N.Y.) (the "Visa Case"). Pantoll funded the purchase of six claims in the Visa Case by its related entity, Cascade Settlement Services, LLC ("Cascade"). Those six claims are not part of the transaction between Pantoll and Claimco.

Pantoll owns certain intellectual property, including trade names, brands, trademarks, databases, and client lists associated with the class action claim purchasing and processing business. That intellectual property is of value to Claimco, whose principals have deep experience in the class action claim purchasing and processing business. Although other entities are engaged in this business, Claimco, through its principals may be uniquely qualified to maximize the value of Pantoll's assets and are well-known to Mr. Chilcott. The Trustee has maintained contact with one of the principals since shortly after her appointment as Chapter 11 Trustee in October 2017.

The consideration for the purchase is a 25 percent share in the profits of Claimco arising from transactions entered into after the date of the agreement (October 18, 2018) regardless of case or source of profit from class action agency or claim purchase transactions or from the sale of the new entity that will hold the assets regardless of whether those assets are used in generating the profits. The profit share is capped at $10 million. Payments to Pantoll will be on par with payments to equity holders in Claimco.

The Trustee is not aware of any debts from Pantoll to any party other than the state franchise tax described below. She anticipates that distributions to Pantoll will be distributed by Pantoll to the estate and Mr. Chilcott on a 50/50 basis.

In addition to authority for her consent to the transaction, the Trustee is seeking authority to use estate funds to pay 50 percent of delinquent, current, and anticipated state franchise tax to maintain Pantoll's "active" status with the California Secretary of State on an ongoing basis. The Trustee estimates that the amount currently due by Pantoll is $2,400 in tax plus interest and penalties. The Trustee intends to pay half of the amount currently due. The annual fee is $800; the Trustee expects to pay one-half of that amount for the current year and for future years. When and

if profit sharing commences, Pantoll will pay that tax before distributions are made to the estate and Mr. Chilcott.

There is no guaranty that profits will be generated. However, the Trustee and Mr. Chilcott are optimistic that profits will be distributed and will be significant in amount and will ultimately result in a substantial benefit to the estate's creditors.

WHEREFORE the Trustee prays for an order authorizing the relief described above.

DATED: October 31, 2018          RINCON LAW, LLP


By: */s/Charles P. Maher*
    Charles P. Maher,
    Counsel for Andrea A. Wirum,
    Chapter 7 Trustee