

Signed and Filed: December 7, 2018

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Charles P. Maher (SBN 124748)
RINCON LAW, LLP
200 California St., Ste. 400
San Francisco, CA 94111
Tel: 415-840-4199
Fax: 415-680-1712
cmaher@rinconlawllp.com

Counsel for
Andrea A. Wirum,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PROFIT RECOVERY CENTER, LLC,<br><br>Debtor. | Case No. 17-30327 DM<br>Chapter 7<br><br>Date: December 7, 2018<br>Time: 10:00 a.m.<br>Place: 450 Golden Gate Avenue, 16th Floor<br>San Francisco, California 94102<br>Court: Hon. Dennis Montali<br>Courtroom 17 |

**ORDER GRANTING MOTION**

On December 7, 2018, a hearing was held on the objection of Argent Settlement Analytics, LLC, to the Trustee's motion for authority to consent to a transaction into which Pantoll Partners, LLC, a limited liability company in which the estate holds a 50 percent membership interest, has entered. Charles P. Maher appeared on behalf of Andrea A. Wirum, Chapter 7 Trustee. There were no appearances on behalf of the objecting party, Argent Settlement Analytics, LLC.

For the reasons stated in the Court's Docket Text entered on December 5, 2018, and it further appearing that notice has been adequate, that no objections other than the objection of Argent Settlement Analytics, LLC, have been filed or served, and that good cause exists, it is

ORDERED as follows:

1. The objection of Argent Settlement Analytics, LLC, is overruled.

2. The Trustee's motion is approved and she is authorized to consent to the transaction described in her October 31, 2018, notice to creditors.

*** END OF ORDER ***