

Charles P. Maher (SBN 124748)
RINCON LAW, LLP
200 California Street, Suite 400
San Francisco, CA 94111
Tel: 415-840-4199
Fax: 415-680-1712
cmaher@rinconlawllp.com

Counsel for
Andrea A. Wirum,
Chapter 7 Trustee

Signed and Filed: March 21, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PROFIT RECOVERY CENTER, LLC,<br><br>Debtor. | Case No. 17-30327 DM<br>Chapter 7<br>Hon. Dennis Montali |

### ORDER AUTHORIZING COMPROMISE

Based on the Trustee's request and supporting declaration of counsel and it appearing from those documents that notice has been adequate, that no objection has been filed or served, and that good cause exists, it is

ORDERED as follows:

1. The Trustee is authorized to enter into the compromise with David H. Levy described in the Trustee's February 26, 2019, notice to creditors. Upon execution of a settlement agreement that conforms with, and provides the bankruptcy estate with the consideration described in, the Trustee's February 26, 2019, notice, the Trustee is authorized to dismiss with prejudice Adversary Proceeding No. 17-03084 DM which the Trustee commenced against David H. Levy.

2. The Trustee is authorized to take those steps and execute those documents she deems necessary to complete the compromise in conformity with her February 26, 2019, notice to creditors.

*** END OF ORDER ***